# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-3500

———————————————

CALVIN JOPPY,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Writ of Certiorari–Original Jurisdiction.

March 9, 2018

PER CURIAM.

    DENIED.

ROWE, RAY, and MAKAR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Calvin Joppy, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.